**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **DANIEL WILSON, et al.,** | : | **CASE NO:**_____ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RACK SEVEN PAVING CO., et al.** | : | **(REMOVED FROM COURT OF COMMON** |
| | : | **PLEAS, HAMILTON COUNTY, OHIO,** |
| **Defendants.** | : | **CASE NO:  A1900498)** |
| | : | |

**DEFENDANT'S NOTICE OF REMOVAL**

In accordance with the provisions of 28 U.S.C. § 1441, *et seq*., notice is given as follows:

1.      Defendant Rack Seven Paving Co. ("Rack Seven") removes this action from the Hamilton County, Ohio, Court of Common Pleas, to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

2.      On January 29, 2019, Plaintiffs Daniel Wilson, Harold Taylor, Mark Hammock, Robert Duffy, and Thomas Mauch ("Plaintiffs") filed a Complaint in the Court of Common Pleas, Hamilton County, Ohio, under Case No. A1900498, against Defendants Rack Seven, Tim Rack, and Kevin Rack.

3.      Defendant Rack Seven was served with a copy of the Summons and Complaint on January 31, 2019.  A copy of the Summons and Complaint are attached as Exhibit A.  Other than the Summons and Complaint, no other process, pleadings, motions or orders have been received.

4.      Plaintiffs allege in their Complaint that Defendants engaged in unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.,* as amended, ("Title VII").  (Complaint at ¶¶ 26-31, Ex. A).

5.      Plaintiffs have alleged claims that are created by, and arise under, federal law and Title VII. (*Id.*)  Thus, Defendants are entitled to remove this action to this Court under 28 U.S.C. § 1441 because the claims asserted in Plaintiffs' Complaint arise under the laws of the United States and this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

6.      In accordance with 28 U.S.C. §1446(b), this Notice of Removal is being filed within thirty (30) days after receipt by Rack Seven of a copy of Plaintiffs' Complaint.

7.      Plaintiffs also have alleged claims based on Ohio Revised Code §§ 4112.02 4112.99.  To the extent any other claims in the case may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

8.      Defendants Kevin Rack and Tim Rack consent to this removal.

9.      Because this Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint upon Rack Seven it is timely under 28 U.S.C. § 1446(b).

10.     The United States District Court for the Southern District of Ohio is the federal judicial district encompassing the Court of Common Pleas, Hamilton County, Ohio, where this suit was originally filed.  28 U.S.C. § 115(b)(1).  Venue therefore is proper in this district under 28 U.S.C. § 1441(a).

11.     Concurrent with the filing of this Notice of Removal, written notice of the filing of the Notice of Removal is being sent to Plaintiffs' counsel pursuant to 28 U.S.C. §1446(d).

12.     A true and accurate copy of this Notice of Removal is also being filed with the Clerk for the Court of Common Pleas of Hamilton County, Ohio as required by 28 U.S.C. §1446(d).

13.     No admission of fact is intended by this Notice of Removal, and Defendants expressly reserve all defenses and motions otherwise available to them.

2

14.     Defendants reserve the right to submit additional evidence in support of the Notice of Removal, including as may be necessary to address and refute any contentions set forth in any motion to remand.

WHEREFORE, Defendants respectfully request that the action now pending against them in the Court of Common Pleas of Hamilton County, Ohio be removed to this Court.

Respectfully submitted,


/s/ Jennifer Hageman
Jennifer Hageman (0066632)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 698-5000
(513) 698-5001 FAX
jhageman@ulmer.com

*Attorney for Defendants*
*Rack Seven Paving Co., Timothy Rack,*
*and Kevin Rack*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was served by regular

U.S. mail and email on March 1, 2019, on the following:

David S. Mann, Esq.
Michael T. Mann, Esq.
MANN & MANN, LLC
30 Garfield Pl., Suite 920
Cincinnati, Ohio  45202
513-621-2888
513-345-4449 FAX
david@mannandmannlaw.com
michael@mannandmannlaw.com

***Attorneys for Plaintiffs***

/s/ *Jennifer Hageman*
Jennifer Hageman (0066632)